United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 97-1256

_____

| | | |
|---|---|---|
| Stiletto Carlucci Luciano, also known as Staccato Vince Valentino Blakeley, also known as Gucci, | * * * * | |
| Appellant, | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Walter Sass, Lt.; Craig Oseland, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: February 2, 1998

Filed: February 6, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Stiletto Carlucci Luciano appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having reviewed the record and

---

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

the submissions on appeal, we conclude that the judgment of the district court was correct and that an extended opinion is not warranted.  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.